◼ LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v GENERAL ACCIDENT INSURANCE COMPANY et al., Respondents. (Appeal No. 2.) [716 NYS2d 925] —Appeal unanimously dismissed without costs. Same Memorandum as in *Liberty Mut. Ins. Co. v General Acc. Ins. Co.* ([appeal No. 1] 277 AD2d 981 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Reargument.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.

◼ LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v GENERAL ACCIDENT INSURANCE COMPANY et al., Respondents. (Appeal No. 3.) [716 NYS2d 631] —Order unanimously affirmed with costs. Same Memorandum as in *Liberty Mut. Ins. Co. v General Acc. Ins. Co.* ([appeal No. 1] 277 AD2d 981 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Renewal.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.